UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| **UNITED FIRE & CASUALTY COMPANY,**<br><br>        Appellant,<br><br>V.<br><br>**ESTON ARTHUR ELDRIDGE,**<br><br>        Appellee. | **CIVIL ACTION NO. 6:15-217-KKC**<br><br><br><br>**OPINION AND ORDER** |

    This matter is before the Court on the parties' joint motion to stay briefing pending the completion of a settlement conference in the parties appeal before the Bankruptcy Appellate Panel of the Sixth Circuit. (DE 8). For the reasons set forth below, the motion will be granted in part and denied in part.

    The parties' motion notes that the settlement conference is scheduled for February 5. They further represent that if a settlement is not reached on that date, further negotiations might result in a definite resolution "shortly thereafter." (DE 8 at 2.) This Court agrees that such settlement could obviate the need to brief their pending appeal. However, this Court believes that three weekends and two full work weeks will provide sufficient time for the parties to either come to a resolution or submit their briefs.

    Accordingly, **IT IS ORDERED** that the parties' joint motion (DE 8) is **GRANTED IN PART** and **DENIED IN PART**. The filing deadline for Appellant's Brief set in the Scheduling Notice (DE 5) shall be February 22, 2016.

    Dated February 1, 2016.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY